IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

KEITH L. JONES,

        Plaintiff,

vs.                              Civil Action 2:06-CV-903
                                    Judge Sargus
                                    Magistrate Judge King

MINAL PATEL, et al.,

        Defendants.

## ORDER

      Plaintiff was directed to file a statement of his intention to pursue this action by April 30, 2007, Doc. No. 16, but has not done so.

      The Court concludes that plaintiff has abandoned the prosecution of the case.

      This action is therefore **DISMISSED**, without prejudice, for failure to prosecute.

5-15-2007
Date

                                              Edmund A. Sargus, Jr.
                                             United States District Judge